# ALABAMA COURT OF CRIMINAL APPEALS



April 19, 2024

**CR-2023-0375**

Markeith Dynard Jefferson v. State of Alabama (Appeal from Jefferson Circuit Court: CC-20-2129)

## NOTICE

You are hereby notified that on April 19, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk